

# Fourth Court of Appeals
## San Antonio, Texas

June 18, 2014

No. 04-14-00101-CR

The State of **TEXAS**,
Appellant

v.

Irma Claudio **GARCIA**,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR8677
The Honorable Andrew Wyatt Carruthers, Judge Presiding

# O R D E R

    The Appellee's motion for extension of time to file the brief is GRANTED. Time is extended to July 18, 2014.

_____
Marialyn Barnard, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court